

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2013

No. 04-12-00466-CV

Jerry **VALDEZ**,
Appellant

v.

**GONZALEZ EQUITIES, LTD.**,
Appellees

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 377627
Honorable Walden Shelton, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the underlying cause is DISMISSED FOR WANT OF JURISDICTION. It is ORDERED that appellant Jerry Valdez recover his costs of this appeal from appellee Gonzalez Equities, Ltd.

It is so **ORDERED** on July 24, 2013.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2013.

_Keith E. Hottle_
Keith E. Hottle, Clerk